BEFORE THE THIRD DIVISION, MAY 2, 1945

**No. 50158.**—Protest 796922–G of Fung Chong & Co. (San Francisco).

Opinion by CLINE, J. In accordance with stipulation of counsel that the merchandise is the same in all material respects as that passed upon in Abstract 34104, the claim at 3 cents per pound under paragraph 762 was sustained.